555 P.2d 380

**STATE of New Mexico, Plaintiff-Appellee,**

v.

**Brent J. ALBERTSON, Defendant-Appellant.**

**No. 2566.**

Court of Appeals of New Mexico.

June 29, 1976.

Mary Jo Snyder, Santa Fe, for defendant-appellant.

Toney Anaya, Atty. Gen., Santa Fe, for plaintiff-appellee.

## MEMORANDUM

HENDLEY, Judge.

The parties were notified that this court proposed summary affirmance. Defendant has submitted a memorandum in opposition to summary affirmance but nothing in the memorandum has shown cause why there should not be a summary affirmance. Defendant's conviction is affirmed. N.M. Crim.App.Rule 601(b)(1) and (2).

IT IS SO ORDERED.

WOOD, C. J., and LOPEZ, J., concur.